UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONSTANCE E. HADDAD,

    Plaintiff,

v.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, et al.,

    Defendants.

_____/

Case No. 1:17-cv-560

HON. JANET T. NEFF

## OPINION AND ORDER

Plaintiff, proceeding pro se, initiated this civil action in June 2017, by filing a petition for Writ of Mandamus (ECF No. 1). Plaintiff alleged various claims against seven different Defendants.[1] The matter was referred to the Magistrate Judge for handling of all matters under 28 U.S.C. § 636(a) and § 636(b)(1)(A). Now pending before the Court are Plaintiff's objections (ECF No. 10) to the Magistrate Judge's July 6, 2017 Report and Recommendation (ECF No. 9). In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of the portion of the Report and Recommendation to which objections have been made. The Court denies Plaintiff's objections, and issues this Opinion and Order.

Plaintiff's objections demonstrate her disagreement with the Magistrate Judge's summation of Plaintiff's requested relief, her contrary interpretation of law, and her misunderstanding of the authority of the Court (ECF No. 10). While Plaintiff's general

---

[1] Plaintiff filed a related case, 1:09-cv-1023 (W.D. Mich.), which was dismissed with a warning that should Plaintiff file another frivolous or malicious pleading, the Court may impose sanctions. The Court has not yet imposed sanctions against Plaintiff, but this warning is reiterated.

disagreement is evident from her objections, any factual or legal error in the Magistrate Judge's analysis and conclusions is not.

Therefore, Plaintiff's objections (ECF No. 9) are denied and the Report and Recommendation (ECF No. 9) is adopted. Because Plaintiff is proceeding *in forma pauperis* in this action, this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal by plaintiff would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3). Accordingly:

**IT IS HEREBY ORDERED** that the Objections (ECF No. 10) are DENIED, and the Report and Recommendation of the Magistrate Judge (ECF No. 9) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint (ECF No. 1) is DISMISSED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.


Dated: December 7, 2017                     /s/ Janet T. Neff
                                            JANET T. NEFF
                                            United States District Judge